**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RYAN MUELLER, )<br>aka Alfredo Lopez, )<br>)<br>Defendant. ) | 2:10-CR-348-KJD (RJJ) |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on August 25, 2010 defendant RYAN MUELLER, aka Alfredo Lopez pled guilty to a Three-Count Criminal Indictment charging him in Count One with Conspiracy to Possess Stolen Mail in violation of Title 18, United States Code, 371 and 1708; in Count Two with Possession of Stolen Mail in violation of Title 18, United States Code, 1708; and in Count Three with Possession of a Counterfeit Postal Key in violation of Title 18, United States Code, Section 1704.

This Court finds defendant RYAN MUELLER, aka Alfredo Lopez agreed to the forfeiture of property set forth in the Plea Memorandum.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Memorandum and the offense to which defendant RYAN MUELLER, aka Alfredo Lopez pled guilty.

. . .

. . .

Case 2:10-cr-00348-KJD-RJJ   Document 34   Filed 09/02/10   Page 2 of 4

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c) because the properties listed below constitute or are derived from, proceeds traceable to violations of Title 18, United States Code, Section 1708, a specified unlawful activity as defined in Title 18, United States Code, Sections 1956(c)(7)(A):

    a)    approximately 96 pieces of stolen mail; and

    b)    three (3) counterfeit postal keys ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of RYAN MUELLER, aka Alfredo Lopez in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

1         DANIEL D. HOLLINGSWORTH
        Assistant United States Attorney
2         MICHAEL A. HUMPHREYS
        Assistant United States Attorney
3         Lloyd D. George United States Courthouse
        333 Las Vegas Boulevard South, Suite 5000
4         Las Vegas, Nevada 89101.

5     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

6 need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

7 following publication of notice of seizure and intent to administratively forfeit the above-described

8 property.

9     DATED this __3__ day of __September__, 2010.

10

11

12

13                                   UNITED STATES DISTRICT JUDGE

3

**PROOF OF SERVICE**

I, Alexandra M. McWhorter, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on September 2, 2010 by the below identified method of service:

E-mail/ECF

Monique N. Kirtley
Federal Public Defender
411 E. Bonneville Ave.
Suite 250
Las Vegas, NV 89101
Email: ECF_Vegas@FD.ORG
Counsel for Ryan Mueller

Angela H. Dows
Reade & Associates
4560 South Decatur Boulevard
Suite 201
Las Vegas, NV 89103
Email: adows@readelawfirm.com
Counsel for Kurtis Larid

/s/AlexandraMMcWhorter
ALEXANDRA M. MCWHORTER
Forfeiture Support Associate Paralegal